AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) | |
| Joseph Israel Perkins | ) | USDC Case Number:  CR-16-00077-001 WHA |
| | ) | BOP Case Number:  DCAN316CR00077-001 |
| | ) | USM Number:  16257-111 |
| | ) | Defendant's Attorney:  Elizabeth M. Falk |

**THE DEFENDANT:**

☑ admitted to Charge(s): <u>Two, Three and Four</u> of the Petition for Warrant filed on <u>June 23, 2023</u>.

☐ was found in violation of Charge(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | You must not unlawfully possess a controlled substance. | June 18, 2023 |
| Three | You must report to your probation officer as instructed. | June 20, 2023 |
| Four | If arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. | June 21, 2023 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ Charge <u>One and Five</u> were dismissed on motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  <u>7630</u>

Defendant's Year of Birth:  <u>1992</u>

City and State of Defendant's Residence:
<u>San Francisco, California</u>

2/11/2026
Date of Imposition of Judgment

Signature of Judge

The Honorable Charles R. Breyer
Senior United States District Judge
Name & Title of Judge

Date.  February 13, 2026
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Joseph Israel Perkins                                                    Judgment - Page 2 of 2
CASE NUMBER:  CR-16-00077-001 CRB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Credit for Time Served (No Supervision to follow).

☐    The Court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.
      Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in
      the Clerk's Office.

☐    The defendant shall surrender to the United States Marshal for this district:

      ☐    at _____   ☐ am   ☐ pm   on _____ (no later than 2:00 pm).

      ☐    as notified by the United States Marshal.

      The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
      returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐    at _____   ☐ am   ☐ pm   on _____ (no later than 2:00 pm).

      ☐    as notified by the United States Marshal.

      ☐    as notified by the Probation or Pretrial Services Office.

      The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
      returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____ at

_____ , with a certified copy of this judgment.




_____
UNITED STATES MARSHAL


By _____
DEPUTY UNITED STATES MARSHAL